

Alan C. Milstein, Esquire
Direct Dial 856.661.2078
Direct Fax 856-661.2068
amilstein@shermansilverstein.com

December 23, 2013

Mr. Michael E. Kunz
**Clerk of the Court**
**United States District Court**
**for the Eastern District of Pennsylvania**
U. S. Courthouse - Room 2609
601 Market Street
Philadelphia, PA  19106

> **Re:** Emanuel Ruth Investment Corp. vs.
> Seneca Specialty Insurance Company, a/k/a
> Seneca Insurance Company
> United States District Court for the Eastern District of Pennsylvania
> Docket Number:  2:13-cv-283-JCJ

Dear Mr. Kunz:

This will confirm that this matter has been settled and should be dismissed with prejudice.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
A Professional Corporation

ALAN C. MILSTEIN

ACM/lmt
cc:    All Counsel VIA ECF ELECTRONIC FILING

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.