IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMANUEL RUTH INVESTMENT CORP.** | : | CIVIL ACTION |
| *Plaintiff* | : | NO. 13-0283 |
| | : | |
| v. | : | |
| | : | |
| **SENECA SPECIALTY INSURANCE COMPANY**, *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 26th day of December 2013, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are **DISMISSED** with prejudice, without cost, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed for statistical purposes. It is further **ORDERED** that the *rule to show cause* hearing scheduled for January 7, 2014, is **CANCELLED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.